

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00791-CV

**IN THE ESTATE OF AMINTA PEREZ-MUZZA,** Deceased,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on August 21, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court